IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AWESOME PRODUCTS, INC                                                PLAINTIFF

VS.                              NO. 4:12-CV-0602 BSM

PERSONAL CARE PRODUCTS, LLC                                      DEFENDANT

## STIPULATION OF DISMISSAL

Plaintiff Awesome Products, Inc. and Defendant Personal Care Products, LLC have settled and compromised their differences and, through their respective counsel, hereby stipulate to the dismissal with prejudice of the Plaintiff's claim against Personal Care Products, LLC, with each party responsible for bearing its own costs and attorney's fees.

Respectfully submitted,

ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas  72201-2893
(501) 377-0417
(501) 375-1309 (fax)
kperkins@roselawfirm.com

By: /s/ Kathryn Bennett Perkins
    Kathryn Bennett Perkins
    Arkansas Bar No. 92231

and

Quattlebaum, Grooms, Tull & Burrow PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
(501) 379-1700
(501) 379-1701 (fax)
sbolden@qgtb.com

By:   /s/ Sarah Keith-Bolden
      Sarah Keith-Bolden
      Arkansas Bar No. 2007235