IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AWESOME PRODUCTS, INC.**                                                                                   **PLAINTIFF**

v.                              **CASE NO: 4:12CV00602 BSM**

**PERSONAL CARE PRODUCTS, LLC**                                                       **DEFENDANT**

**JUDGMENT**

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 13th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE